JAY-ALLEN EISEN LAW CORPORATION
JAY-ALLEN EISEN, California State Bar #042788
ELIZABETH N. NIEMI, California State Bar #226740
2431 Capitol Avenue
Sacramento, California 95816
Telephone: (916) 444-6171
Facsimile: (916) 441-5810

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE VAUGHAN, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF PLACER, et al.,<br><br>　　　　Defendants. | **Case No.**: Civ. S-08-2041 LKK/DAD<br><br>**ORDER APPOINTING GUARDIAN AD LITEM.** |

　　　The Court has received Plaintiff JEANNE VAUGHAN's motion to be appointed guardian ad litem for her three minor children, WALTER VAUGHAN, age 12 (DOB 2/10/96), ABIGAIL VAUGHAN, age 8 (DOB 5/3/00), and PETER VAUGHAN, age 4 (DOB 10/28/03). Based on the authorities and facts set forth in the motion,

　　　The motion is GRANTED and JEANNE VAUGHAN is appointed guardian ad litem for her three minor children, WALTER VAUGHAN, age 12 (DOB 2/10/96), ABIGAIL VAUGHAN, age 8 (DOB 5/3/00), and PETER VAUGHAN, age 4 (DOB 10/28/03).

　　　Dated: September 5, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

{00011123; 1}1
**(Proposed) Order Appointing Guardian Ad Litem**

PDF created with pdfFactory trial version www.pdffactory.com