UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEANNE VAUGHAN, et al.,

        Plaintiffs,

    v.

COUNTY OF PLACER, et al.,

        Defendants.

                                 /

NO. CIV. S-08-2041 LKK/DAD

<u>O R D E R</u>

    A status conference was held in chambers on December 8, 2008. After hearing, the court orders as follows:

    1.    A further status conference is set for February 9, 2009 at 1:30 p.m.  The parties shall file updated status reports ten (10) days prior.

    IT IS SO ORDERED.

    DATED: December 15, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1