UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEANNE VAUGHAN, et al.,

         Plaintiffs,

    v.

COUNTY OF PLACER, et al.,

         Defendants.
_____/

NO. CIV. S-08-2041 LKK/DAD

O R D E R

    A status conference was held in chambers on February 9, 2009. After hearing, the court orders as follows:

    A further status conference is set for August 24, 2009 at 2:30 p.m.

    IT IS SO ORDERED.

    DATED: February 11, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1