UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEANNE VAUGHAN, et al.,

           Plaintiffs,

     v.

COUNTY OF PLACER, et al.,

           Defendants.

                              /

NO. CIV. S-08-2041 LKK/DAD

O R D E R

     This case is currently scheduled for a status conference on Monday, August 24, 2009 at 2:30 p.m.  Plaintiffs' claims in this suit arise under 42 U.S.C. section 1983 for damages arising from the arrest of Robert Vaughn.  Robert Vaughn has been convicted in state court of resisting lawful arrest, arising out of the same incident.  An appeal of this conviction is pending in state court. All parties in this case thereby request that this suit be held in abeyance pending resolution of this appeal, which the plaintiffs represent will be decided no later than December 21, 2009.

     Accordingly, the court CONTINUES the status conference until

1

1 January 19, 2010, at 10:00 a.m.
2        IT IS SO ORDERED.
3        DATED:  August 20, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT