```
                    UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


JEANNE VAUGHAN, et al.,

                                        NO. CIV. S-08-2041 LKK/DAD
         Plaintiffs,

     v.
                                             O R D E R
COUNTY OF PLACER, et al.,


         Defendants.
                                    /
```

This case is currently scheduled for a status conference on Monday, January 19, 2010 at 10:00 a.m. Litigation of this case is stayed pending final judgment in a related state criminal proceeding. These criminal proceedings are ongoing. Accordingly, the court VACATES the status conference. The conference is rescheduled for May 3, 2010 at 10:00 a.m.

    IT IS SO ORDERED.

    DATED: January 14, 2010.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT