UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEANNE VAUGHAN, et al.,

          Plaintiffs,

     v.

COUNTY OF PLACER, et al.,

          Defendants.

/

NO. CIV. S-08-2041 LKK/DAD

O R D E R

This case is currently scheduled for a status conference on Monday, September 20, 2010 at 10:00 a.m. Litigation of this case is stayed pending final judgment in a related state criminal proceeding. These criminal proceedings are ongoing. Accordingly, the court VACATES the status conference. Plaintiff is to notify the court at the conclusion of the criminal proceeding, at which time a status conference will be scheduled.

    IT IS SO ORDERED.

    DATED: September 17, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT